```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

           JUL 25 2012

           AT SEATTLE
     CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MJ 12 - 397 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | DETENTION ORDER |
| ) | |
| CRISANTA JONES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:     Illegal alien, found unlawfully in United States after deportation

<u>Date of Detention Hearing</u>:   July 25, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant is a citizen of Mexico, and is present in this country illegally,

DETENTION ORDER
PAGE -1

according to records of the U.S. Marshal and the Bureau of Immigration and Customs Enforcement.

2. There is an immigration detainer pending against defendant. The issue of her release on this charge is therefore essentially moot.

3. Upon advice of counsel, defendant declined to be interviewed by this court's pretrial services officer. The court therefore has very limited additional information about defendant.

4. Defendant's criminal record includes failures to appear in 2008 and 2009, and a failure to comply with probation conditions.

5. Defendant appears to have used at least three different names.

6. Defendant and her counsel did not oppose the entry of an order of detention.

7. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the

DETENTION ORDER
PAGE -2

person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 25 day of July, 2012.

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3